UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TODD LEE KINNAMON, | ) | CASE NO. CV 13-7824-AHS (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| DANIEL PARAMO, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed.

DATED: <u>October 31, 2013</u>.

*ALICEMARIE H. STOTLER*

ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Kinnamon Judgment.wpd